| | | | |
|---|---|---|---|
| Com. v. Mesa | 970 EDA 2016<br>Affirmed | 12/05/2016 | CP–13–CR–0000706–2009<br>(Carbon) |
| Klinger v. Geiger | 1073 EDA 2016<br>Affirmed | 12/05/2016 | No. DR–116715 PACS-ES 14510478<br>(Northampton) |
| In re J.L.M.–C. | 1425 EDA 2016<br>Affirmed | 12/05/2016 | 2015–9020<br>(Bucks) |
| In the Interest of: A.R.M. | 1548 EDA 2016<br>Affirmed | 12/05/2016 | 2015–9021<br>(Bucks) |
| Brosius v. HCR Manorcare, LLC | 789 MDA 2015<br>Reversed and<br>Remanded | 12/05/2016 | CI–14–05498<br>(Lancaster) |
| Com. v. Smith | 184 MDA 2016<br>Affirmed | 12/05/2016 | CP–28–CR–0000664–2015<br>(Franklin) |
| Com. v. Wilmer [3] | 296 MDA 2016<br>Affirmed | 12/05/2016 | CP–21–CR–0003487–2013<br>(Cumberland) |
| M.H.W. v. C.J.O. | 731 MDA 2016<br>Reversed | 12/05/2016 | 2016–1108<br>(Centre) |
| Com. v. Gavilan–Cruz | 1238 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 12/05/2016 | CP–36–CR–0001911–2014<br>(Lancaster) |
| Metal Building Direct v. Renninger Construction | 1214 WDA 2015<br>Vacated and<br>Remanded | 12/05/2016 | No. 10948–2014<br>(Beaver) |
| Com. v. Doleski | 270 WDA 2016<br>Affirmed | 12/05/2016 | CP–42–CR–0000383–2012<br>(McKean) |
| George v. Meltzer [4] | 422 WDA 2016<br>Affirmed | 12/05/2016 | No. 2015 GN 1800<br>(Blair) |
| Beaver River Rails v. Geneva College | 427 WDA 2016<br>Affirmed | 12/05/2016 | No. 10112 of 2011<br>(Beaver) |
| In the Adopt. of K.J.M.; Appeal of B.M.H.M. | 864 WDA 2016<br>Affirmed | 12/05/2016 | No. 102 of 2015<br>(Erie) |
| In the Adopt of S.M.W.M.; Appeal of B.M.H.M. | 865 WDA 2016<br>Affirmed | 12/05/2016 | 102A of 2015<br>(Erie) |
| In the Adopt of S.D.I.M.; Appeal of B.M.H.M. | 866 WDA 2016<br>Affirmed | 12/05/2016 | 102B of 2015<br>(Erie) |

3. Petition for reargument denied February 9, 2017.
4. Petition for reargument denied January 13, 2017.